UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST GODFREY LOGAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> FOOD 4 LESS, et al., <br><br> Defendants. | No. 2:24-cv-2713 DJC SCR <br><br><br> ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 7, 2025 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 8. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2025, are adopted in full; and`

1

2. This action is dismissed, without prejudice, and the Clerk is directed to enter Judgment and close this case.

IT IS SO ORDERED.

Dated:  **April 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE